U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

DEC 11 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| WILBERT CLARK<br>    LA. DOC #190355<br>VS.<br><br>WARDEN DARREL VANNOY,<br>DIXON CORRECTIONS INST. | CIVIL ACTION NO. 6:14-cv-2326<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR.<br><br>MAGISTRATE JUDGE C. MICHAEL HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _10_ day of _December_, 2014.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE